Certificate Number: 17082-PAE-DE-031750869

Bankruptcy Case Number: 18-15901



17082-PAE-DE-031750869

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 12, 2018, at 8:19 o'clock AM MST, JAMES THATCHER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 12, 2018              By:    /s/Orsolya K Lazar

                                      Name:  Orsolya K Lazar

                                      Title: Executive Director