Certificate Number: 17082-PAE-DE-031750872

Bankruptcy Case Number: 18-15901



17082-PAE-DE-031750872

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 12, 2018</u>, at <u>8:19</u> o'clock <u>AM MST</u>, <u>CLARE THATCHER</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 12, 2018</u>        By:   <u>/s/Orsolya K Lazar</u>

Name:   <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>