UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
    James K. and Clare E. Thatcher,          :       Chapter 13
        Debtors.                              :
                                              :       Bankruptcy No. 18-15901-jkf

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Application for Compensation and Reimbursement of Expenses together with said Application dated October 24, 2018 was served via electronic means or first class United States mail, postage prepaid, on October 24, 2018 the following:

Mr. and Mrs. James Thatcher
21 Crystal Road
Levittown, PA   19057

Office of the United States Trustee
833 Chestnut Street, Suite 501
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Interim Trustee
PO Box 1229
Philadelphia, PA 19105

I hereby certify that a true and correct copy of the Notice of Application for Compensation and Reimbursement of Expenses dated October 24, 2018 was served via electronic means or via first class United States mail, postage prepaid, on October 24, 2018 to the creditors listed on the Clerk's Service List.

        /s/ Patricia M. Mayer
        Patricia M. Mayer, Esquire
        WATERMAN & MAYER,LLP
        301 Oxford Valley Road, Suite 203B
        Yardley, PA 19067
        215-493-4300
        Counsel for Debtors