IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Clare E. Thatcher aka Clare E. Ehrgott<br>James K. Thatcher<br>Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>Movant<br>vs. | NO. 18-15901 JKF |
| Clare E. Thatcher aka Clare E. Ehrgott<br>James K. Thatcher<br>Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>Trustee | |

### ORDER MODIFYING AUTOMATIC STAY

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx. It xxxxxxxxxx is hereby

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA RAV4 , VIN:2T3BFREV1GW528734  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this   15th   day of  November 2018.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Clare E. Thatcher aka Clare E. Ehrgott
21 Crystal Road
Levittown, PA 19057

James K. Thatcher
21 Crystal Road
Levittown, PA 19057

Patricia M. Mayer, Esq.
301 Oxford Velley Road
Suite 203B
Yardley, PA 19067

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532