United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James K. Thatcher  
Clare E. Thatcher  
    Debtors

Case No. 18-15901-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Nov 15, 2018  
                          Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.  
db/jdb       +James K. Thatcher,   Clare E. Thatcher,   21 Crystal Road,   Levittown, PA 19057-1415  
               +KML Law Group, P.C.,   Suite 5000,   BNY Independence Center,   701 Market Street,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:  
             PATRICIA M. MAYER   on behalf of Joint Debtor Clare E. Thatcher pmayer.esq@comcast.net, nydia.ramirez@comcast.net  
             PATRICIA M. MAYER   on behalf of Debtor James K. Thatcher pmayer.esq@comcast.net, nydia.ramirez@comcast.net  
             REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com  
             United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
             WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
             WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                    TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Clare E. Thatcher aka Clare E. Ehrgott<br>James K. Thatcher<br>Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>Movant<br>vs. | NO. 18-15901 JKF |
| Clare E. Thatcher aka Clare E. Ehrgott<br>James K. Thatcher<br>Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>Trustee | |

## ORDER MODIFYING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is hereby

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA RAV4 , VIN:2T3BFREV1GW528734 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  15th  day of November 2018.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Clare E. Thatcher aka Clare E. Ehrgott
21 Crystal Road
Levittown, PA 19057

James K. Thatcher
21 Crystal Road
Levittown, PA 19057

Patricia M. Mayer, Esq.
301 Oxford Velley Road
Suite 203B
Yardley, PA 19067

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532