United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-15901-amc
James K. Thatcher                                                               Chapter 13
Clare E. Thatcher
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD              Page 1 of 1                  Date Rcvd: May 15, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.
db/jdb         +James K. Thatcher,    Clare E. Thatcher,    21 Crystal Road,    Levittown, PA 19057-1415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:
      JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
      PATRICIA M. MAYER    on behalf of Joint Debtor Clare E. Thatcher patriciamayerpc@gmail.com, nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
      PATRICIA M. MAYER    on behalf of Debtor James K. Thatcher patriciamayerpc@gmail.com, nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    James K. and Clare E. Thatcher,              :        Chapter 13
        Debtors.                                :
                                                    :        Bankruptcy No. 18-15901-jkf

## ORDER

**AND NOW**, this 14th day of May, 2019, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtors, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $4,000.00, of which $2,000.00 has been paid, and reimbursement of $140.10 in actual, necessary expenses are approved as fair, reasonable and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016. The Chapter 13 Standing Trustee is hereby authorized and ordered to pay $2,140.10 to Patricia M. Mayer, Esquire in accordance with the terms of the confirmed plan.

Ashely M. Chan
United States Bankruptcy Judge