**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Clare E. Thatcher aka Clare E. Ehrgott<br>James K. Thatcher<br>Debtor(s) | CHAPTER 13 |
| American Heritage Credit Union<br>Moving Party<br>vs. | NO. 18-15901 JKF |
| Clare E. Thatcher aka Clare E. Ehrgott<br>James K. Thatcher<br>Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>Trustee | |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant American Heritage Credit Union, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2018 GMC Terrain: VIN 3GKALTEV1JL318817  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this    8th    day of    April   , 2021.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Clare E. Thatcher aka Clare E. Ehrgott
21 Crystal Road
Levittown, PA 19057

James K. Thatcher
21 Crystal Road
Levittown, PA 19057

Howard Gershman,, Esquire
610 York Road, Suite 200
Jenkintown, PA 19046

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532