UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CLARE E THATCHER                          NO. 18-15901 AMC
  aka Clare E. Ehrgott
JAMES K. THATCHER                         CHAPTER 13

CHAPTER 13 DEBTOR'S CERTIFICATION REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)
OF JAMES E. THATCHER

*Part I.  Certification Regarding Domestic Support Obligations (Check no more than one)*

Pursuant to 11 USC §1328(a), I certify:

[ XX  ] I owed no domestic support obligation when I filed my bankruptcy petition and I have not been required to pay any such obligations since then.

[   ]  I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my Chapter 13 Plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address is:

My current employer and my employer's address:

*Part III.  Certification Regarding Section 522(q) (Check no more than one)*

[ XX ]       I have not claimed an exemption pursuant to §522(b)(3) and state or local law in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1) and (2), that exceeds $155,675.00 in value in the aggregate.

[   ]  I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1) and (2) that exceeds $155,675.00 in value in the aggregate.

*Part IV.  Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on: 9 | 23 _____ 2021

_____
JAMES E THATCHER