United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15901-mdc |
| James K. Thatcher | Chapter 13 |
| Clare E. Thatcher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 31, 2022 | Form ID: 138OBJ | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | James K. Thatcher, Clare E. Thatcher, 21 Crystal Road, Levittown, PA 19057-1415 |
| 14590354 | + | American Heritage Credit Union, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14192748 | | Balanced Healthcare Receivables, PO Box 9577, Manchester, NH 03108-9577 |
| 14192750 | | Bristol Emergency Physicians, PO Box 419819, Boston, MA 02241-9819 |
| 14192762 | + | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14192771 | + | Mariner Finance, 1409 East Lincoln Hwy, Ste. 18, Levittown, PA 19056-1137 |
| 14229754 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14192773 | | MetLife Diability Offset, PO Box 59838, Schaumburg, IL 60159-0838 |
| 14217721 | + | Patricia M. Mayer, Esquire, 301 Oxford Valley Rd., Ste. 203B, Yardley, PA 19067-7708 |
| 14192776 | #+ | Raymour & Flanigan, PO Box 731, Mahwah, NJ 07430-0731 |
| 14224186 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14192780 | + | Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14192781 | + | Torres Credit Services, PO Box 189, Carlisle, PA 17013-0189 |
| 14208884 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14213224 | + | Toyota Lease Trust, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14272073 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14192784 | + | Wells Fargo Bank N.A., PO Box 94435, Albuquerque, NM 87199-4435 |
| 14205811 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Saint Louis Park, MN 55426-4938 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 31 2022 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2022 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 31 2022 23:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14192747 | | Email/Text: g20956@att.com | Jan 31 2022 23:46:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 14227269 | + | Email/Text: g20956@att.com | Jan 31 2022 23:46:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14192746 | + | Email/Text: broman@amhfcu.org | Jan 31 2022 23:46:00 | American Heritage FCU, 2060 Red Lion Road, |

Case 18-15901-mdc    Doc 59    Filed 02/02/22    Entered 02/03/22 00:34:12    Desc Imaged
                            Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: 138OBJ | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19115-1699 |
| 14192749 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 31 2022 23:46:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14192753 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 23:51:33 | Capital One Bank USA, PO Box 85015, Richmond, VA 23285-5075 |
| 14192754 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 23:51:33 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285-5075 |
| 14192751 | + | Email/Text: cms-bk@cms-collect.com | Jan 31 2022 23:46:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14192752 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 23:51:30 | Capital One Bank (USA) NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14216242 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 23:51:36 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14226558 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2022 23:51:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14192755 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2022 23:51:36 | Capital One/Neiman, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14192756 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2022 23:46:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 14192757 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2022 23:46:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 14192758 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2022 23:46:00 | Comentiy Capital Bank/My P, PO Box 182120, Columbus, OH 43218-2120 |
| 14192759 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2022 23:51:31 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14192760 | | Email/Text: mrdiscen@discover.com | Jan 31 2022 23:46:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14192761 | | Email/Text: mrdiscen@discover.com | Jan 31 2022 23:46:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14192770 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 23:51:37 | Macy's, 911 Duke Blvd., Mason, OH 45040 |
| 14192769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 23:51:31 | Macy's, PO Box 8218, Mason, OH 45040-8218 |
| 14231482 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2022 23:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14197968 | | Email/Text: mrdiscen@discover.com | Jan 31 2022 23:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14192763 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 31 2022 23:46:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14192764 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 31 2022 23:46:00 | Fortiva MC/TBOM, 5 Concourse Parkway, Atlanta, GA 30328-5350 |
| 14217681 | + | Email/Text: bankruptcy@sccompanies.com | Jan 31 2022 23:46:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14192765 | | Email/Text: bankruptcy@sccompanies.com | Jan 31 2022 23:46:00 | Ginnys, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14192767 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 31 2022 23:46:00 | Hyundai Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708 |
| 14192766 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 23:51:33 | Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14196790 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 31 2022 23:46:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |

Case 18-15901-mdc    Doc 59    Filed 02/02/22    Entered 02/03/22 00:34:12    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: 138OBJ | Total Noticed: 70 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14192768 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 31 2022 23:46:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14228673 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2022 23:51:33 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14213822 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2022 23:51:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14192772 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2022 23:51:30 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14192774 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 31 2022 23:46:00 | PECO, 2301 Market Street, S10-1, Philadelphia, PA 19103-1338 |
| 14192775 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 31 2022 23:46:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14231957 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 31 2022 23:46:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14228666 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2022 23:51:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14193768 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 31 2022 23:51:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14227535 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2022 23:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14227534 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2022 23:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14192777 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 23:51:31 | Sears Credit Cards, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14192778 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 23:51:33 | Syncb/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 14192779 | | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 23:51:30 | Syncb/Walmart, PO Box 965024, El Paso, TX 79998 |
| 14232085 | + | Email/Text: bncmail@w-legal.com | Jan 31 2022 23:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14192782 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 31 2022 23:46:00 | Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409-9490 |
| 14215695 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 31 2022 23:46:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14192783 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 31 2022 23:46:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 14208884 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 31 2022 23:46:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14264977 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2022 23:51:33 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14228203 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2022 23:51:33 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14229394 | + | Email/Text: BKRMailOps@weltman.com | Jan 31 2022 23:46:00 | U.S. Asset Management, c/o Weltman,Weinberg,and Reis Co.,L.P.A., 323 West Lakeside Avenue, Cleveland, Ohio 44113-1085 |

TOTAL: 53

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jan 31, 2022 | Form ID: 138OBJ | Total Noticed: 70

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14619989 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 02, 2022         Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HOWARD GERSHMAN | on behalf of Joint Debtor Clare E. Thatcher hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| HOWARD GERSHMAN | on behalf of Debtor James K. Thatcher hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James K. Thatcher and Clare E. Thatcher

    Debtor(s)

Case No: 18−15901−mdc

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/31/22

58 − 57
Form 138OBJ