UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMES K THATCHER  
CLARE E THATCHER

NO. 18-15901 MDC  
CHAPTER 13

NOTICE OF CHANGE OF DEBTOR'S ADDRESS

TO THE CLERK:

Please note the NEW ADDRESS of Debtors:

51 Seckelpear Road  
Levittown, PA 19056

Date: February 24, 2022

Howard Gershman  
Gershman Law Offices PC  
610 York Road, Ste. 200  
Jenkintown, PA 19046  
215.886.1120

cc: Kenneth E. West, Trustee